No. 1756. Successors of Abarca, Appellees, *v.* Munic-
ipality of Mayagüez, Appellant.—Action of Debt. Maya-
güez. November 22, 1917. *Dismissed for lack of transcript
of record.*

---

No. 1206. People, Appellee, *v.* Acosta, Appellant.—Se-
duction. San Juan, Section 2. November 23, 1917. *Af-
firmed.*

---

No. 1212. People, Appellee, *v.* Juliá et al., Appellants.—
Conspiracy. San Juan, Section 2. November 23, 1917. *Af-
firmed.*